# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 419 EAL 2014

Respondent

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v.

SHONDA SPRUILL,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.